AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSE WALTER NIETO-CASTELLANOS | ) | Case No. |
| | ) | 25-mj-154 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 14, 2025_____ in the parish of _____Jefferson_____ in the
_____Eastern_____ District of _____Louisiana_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(b) | Assault Against Law Enforcement. |

This criminal complaint is based on these facts:

Please see the attached Affidavit.

☑ Continued on the attached sheet.

_____/s/Yancy Kramer_____
_Complainant's signature_

_BPA Yancy Kramer, United States Border Patrol_
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____October 23, 2025_____

_Janis Van Meerveld_
_Judge's signature_

City and state: _____New Orleans, Louisiana_____

Honorable Janis Van Meerveld, Chief United States Magistrate Judge
_Printed name and title_

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 25-mj-154** |
| **v.** | * | **SECTION:  MAG** |
| **JOSE WALTER NIETO-CASTELLANOS** | * | |
| | *        *        * | |

**<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>**

1. I, Yancy Kramer, am a Supervisory Border Patrol Agent Canine Handler with Customs and Border Protection (CBP), United States Border Patrol (USBP), 423 Canal Street, Suite 409, New Orleans, LA 70130. I have been employed with USBP since 2007.

2. My duties as a Supervisory Border Patrol Agent (SBPA) include the investigation, identification, arrest, prosecution, detention, and deportation of illegal aliens, and the apprehension of absconders from removal proceedings.

3. This affidavit is submitted in support of a criminal complaint charging JOSE WALTER NIETO-CASTELLANOS with violating 18 U.S.C. § 111, Assault Against Law Enforcement.

4. On October 14, 2025, at approximately 6:00 a.m., I was conducting targeted operations in the Gretna, Louisiana area. I was operating my assigned unmarked white canine unit and wearing full rough duty uniform. The targeted operation was coordinated with the New Orleans Border Patrol Station, New Orleans Sector Intelligence Unit, and U.S. Drug Enforcement Administration agents. The assignment focused on identifying immigration violators amenable to removal who had been located in the area prior to the operation.

5. The targeted area included Whitney Avenue and Louisiana State Highway 90 Business Route (Hwy 90), particularly the area south of Stumpf Boulevard on Whitney Avenue, which has numerous bus stops frequented by children during the time our targets are known to travel. To minimize risks to the public, agents were instructed to follow targets and attempt traffic stops north of Stumpf Boulevard.

6. At approximately 7:15 a.m., a white Toyota Tundra with Mississippi license plate MD1962 and a large American flag decal on the back was observed traveling north on Whitney Avenue toward Hwy 90. This vehicle had previously been identified as belonging to and registered to, JOSE WALTER NIETO-CASTELLANOS, one of the illegal aliens targeted for apprehension during this operation. This vehicle had been observed multiple times being driven by an individual fitting the description of NIETO-CASTELLANOS and was confirmed to be traveling within the specified time frame. After approximately 10 minutes, the vehicle was no longer visible to take- down units stationed near Stumpf Boulevard. Shortly thereafter, another target vehicle was spotted, and several agents attempted to intercept it. However, heavy traffic on the northbound Westbank Expressway Bridge impeded their efforts, leaving them outside the targeting area.

7. At approximately 7:20 a.m., I observed the white Toyota Tundra and followed it to the traffic light beneath the Hwy 90 Expressway on Whitney Avenue. As the light changed, the Tundra continued north onto L.B. Landry Avenue, a divided four-lane road with a canal and guardrails in the center. I was joined by Patrol Agent in Charge (PAIC) Brian DePlonty, who was operating another unmarked unit. Both PAIC DePlonty and I activated our emergency lights and sirens to initiate a vehicle stop.

8. The Tundra would not stop. PAIC DePlonty drove in the left lane, beside the Tundra, and motioned for the driver to pull over. The Tundra slowed and came to an abrupt stop at the corner of Erie Street and L.B. Landry Avenue, forcing PAIC DePlonty to stop in front of the vehicle in the parking lot of a Metro PCS store. As PAIC DePlonty exited his vehicle to approach the Tundra, the vehicle suddenly sped off, making a U-turn and headed south on L.B. Landry Avenue in the left lane toward Hwy 90. I pursued the vehicle, which rapidly accelerated. I observed two occupants in the vehicle: a Hispanic female in the passenger seat and a Hispanic male, later identified as the registered owner, JOSE WALTER NIETO-CASTELLANOS of Honduras, driving.

9. I attempted to signal the driver to stop by rolling down my window and motioning to him. The vehicle continued at approximately 70 miles per hour. As we approached Virgil Street, the Tundra slowed as if preparing for another U-turn. I adjusted my position, merging into the left lane in anticipation of the U-turn. However, the Tundra suddenly accelerated and collided with the rear bumper of my service unit and then continued to accelerate, pushing the rear sideways. Despite the impact, I continued and maintained partial blockage of the left lane to prevent further escape and allowing me to observe the driver from my driver's side mirror.

10. The Tundra came to a stop approximately 10 feet past the turnaround at Romain Street on L.B. Landry Avenue southbound. I exited my unit with my service weapon drawn and issued commands in both Spanish and English for NIETO-CASTELLANOS and the unidentified female passenger to raise their hands. I instructed NIETO-CASTELLANOS to put the vehicle in park and turn off the engine.

11. As I approached the driver's side, I observed that the vehicle was still running. NIETO- CASTELLANOS failed to comply with commands to exit the vehicle. I performed a

Vehicle Extraction Technique using a Shoulder Lock Removal technique and Russian Two-on-One takedown. NIETO-CASTELLANOS resisted during the application of handcuffs. During this encounter, the female passenger approached and was within 2 feet from me while I was still struggling with NIETO-CASTELLANOS. I was still acting alone without additional law enforcement, and she was frantically yelling in Spanish. I ordered her to lay on the ground in Spanish and English several times. She fled west on foot along Romain Street. Due to my engagement with NIETO CASTELLANOS, I was unable to pursue her.

12. After application of handcuffs, I assisted NIETO-CASTELLANOS to his feet and walked him to my vehicle. NIETO-CASTELLANOS tried to pull from my grasp several times. I pressed him against my unit to search his person for weapons and remove all items from his pockets. NIETO-CASTELLANOS continued to struggle and pull from my grasp. I advised him that I had a canine behind the door he was near. NIETO-CASTELLANOS stopped struggling. I finished my search and then sat him against my rear tire and waited for back-up.

13. At approximately 7:45 a.m., additional agents arrived to assist. Despite an exhaustive search of the area, the unidentified female subject could not be located. NIETO-CASTELLANOS did not report or appear to have any injuries. NIETO-CASTELLANOS freely admitted to being illegally present in the United States without documents to be in or remain in the United States illegally. He was transported to the New Orleans Border Patrol Station for processing as a WA/NTA and charged with 18 U.S.C. § 111 (b) (Assault Against Law Enforcement).

14.  Based on the foregoing, your affiant believes that probable cause exists that JOSE WALTER NIETO-CASTELLANOS committed Assault Against Law Enforcement in violation of 18 U.S.C. § 111 (b). Affiant also prays that the Court will issue an arrest warrant for JOSE WALTER NIETO-CASTELLANOS for said violation.

*/s/Yancy Kramer*
BPA Yancy Kramer
United States Border Patrol
Customs and Border Protection

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue.  In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before
me on this 23rd day of  October, 2025
New Orleans, Louisiana

HONORABLE JANIS VAN MEERVELD
UNITED STATES CHIEF MAGISTRATE JUDGE